UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1727
(1:21-cv-00410-LKG)

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

   Plaintiffs - Appellants

v.

BROOKE E. LIERMAN

   Defendant - Appellee

------------------------------

NATIONAL TAXPAYERS UNION FOUNDATION

   Amicus Supporting Appellants

_____

M A N D A T E
_____

The judgment of this court, entered August 15, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*